**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**CORNELIUS SMART,**

    **Plaintiff,**

                                  **CIVIL ACTION**

**v.**

                                  **CASE NO.:  5:20-CV-250(MTT)**

**WEST CREEK FINANCIAL, INC.,**

    **Defendant.**

    _____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff, Cornelius Smart, an individual, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notices that the above-styled action is voluntarily dismissed without prejudice against the Defendant, West Creek Financial, Inc.

Date: February 5, 2021.

                                            Respectfully submitted,

                                            _/s/ Robert W. Murphy_____
                                            ROBERT W. MURPHY, ESQ.
                                            Georgia Bar No. 531062
                                            1212 S.E. 2nd Avenue
                                            Fort Lauderdale, Florida 33316
                                            Telephone: (954) 763-8660
                                            Fax: (954) 763-8607
                                            rwmurphy@lawfirmmurphy.com

                                            _/s/ David F. Addleton_
                                            DAVID F. ADDLETON, ESQ.
                                            Georgia Bar No. 005050
                                            ADDLETON LTD. CO.
                                            P.O. Box 416
                                            Macon, GA 31202
                                            Telephone:  (478) 227-9007
                                            Fax: (888) 398-0898
                                            dfaddleton@gmail.com
                                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed electronically with the Court on February 5, 2021 and served on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

                                     /s/ *Robert W. Murphy*
                                     Attorney